**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Angela MUSE, Defendant–Appellant.**

**No. 15–7586.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 29, 2016.

Decided: March 17, 2016.

Angela Muse, Appellant Pro Se. Bonnie S. Greenberg, Assistant United States Attorney, Matthew Paul Phelps, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Muse appeals the district court's order affirming the memorandum opinion and order of the magistrate judge and overruling Muse's objection to the writ of continuing garnishment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Muse*, No. 1:03–cr–00554–JFM–1 (D. Md. July 16 & Sept. 24, 2015). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*